DWIGHT NEWMAN, APPELLANT, v. FRANK PHILLIPS, APPELLEE.

FILED SEPTEMBER 19, 1900. No. 9,287.

Evidence: FINDING. Evidence examined, and found to support the finding of the court.

APPEAL from the district court of Dawson county. Heard below before GREENE, J. *Affirmed.*

*Warrington & Stewart* and *E. A. Cook,* for appellant.

*E. D. Owens, W. D. Giffin* and *Geo. C. Gillan, contra.*

SULLIVAN, J.

This is an appeal from a decree of foreclosure. Appellant contends that the mortgage debt has been paid, and that the finding of the trial court to the contrary is not supported by sufficient evidence. We have read the record with a good deal of care, and are disposed to think that the right result has been reached; that the only issue raised by the pleadings has been correctly decided.

The judgment of the district court is

AFFIRMED.